

# THE THIRTEENTH COURT OF APPEALS

13-22-00431-CV

MARCO GARCIA AND ERNESTO GARCIA
v.
JESSY T. GARZA

On Appeal from the
343rd District Court of Bee County, Texas
Trial Court Cause No. B-18-1490-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 50% against appellants and 50% against appellee.

We further order this decision certified below for observance.

December 7, 2023